United States District Courts

South District of Florida

David Williams
Plaintiff

**16-cv-14213 ROSENBERG/LYNCH**

St Lucie County Courthouse.
Supervisor Tracy Baugardner,
Child support Enforcement office
Defendants

FILED by PG D.C.
JUN 13 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

cat/div 550/1983/Ft Pierce
Case # _____
Judge _____ Mag. White
Motn Ifp no Fee pd $ 0
Receipt # N/A

Motion of Complaint

I full legal name David Glover Williams. Sworn certify that the following statements are ture to the Best of knowledge. I David Williams was sent to a Doctor in The action of a Court order a Child Support enforcement that order I David Williams. to do community Service. after being in Hospital with A very Bad illness now do to The actions of This court order. This illness has became worse. I David williams was sent to A Doctor May 23, 16. By The Disability office This impairment that was cause By The Child Support enforcement has cause. I David Williams with The force of The Saint Lucie County Courthouse to a State of emergency medical care. These document can be review in the Disability office. Vero Beach Fl. I David williams, seek relief of Compensation of 75,000 Dallors

Signature David
623 5place sw
Vero Beach Fl 32967
Phone 772-501-5223

I certify that a copy of this document was mailed delivered to the United States District Court Southern District of Florida office of the Clerk Room 8no9 400 North Miami Avenue Miami and US Department of Justice 0180 Pennsylvania Avenue N.W Washington D.C 20530-001

State of FL
County of IR

Signd before me this 7th day of June, 2016 by Mr. David Williams.



MARILYN G. WRIGHT
MY COMMISSION # FF194809
EXPIRES May 07, 2019
(407) 398-0153
FloridaNotaryService.com

Notary

David Williams
623 5 place S.W
Vero Beach Fl
32967

Wilkie D. Ferguson, Jr. Courthouse
400 N. Miami Ave.
Miami, FL 33128