**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.  2:16-CV-14213-ROSENBERG/LYNCH**

DAVID WILLIAMS,

       Plaintiff,

v.

ST. LUCIE COUNTY COURTHOUSE &
CHILD SUPPORT ENFORCEMENT OFFICE,

       Defendants.

_____/

**ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

      This matter is before the Court upon the Court's prior Order to Show Cause [DE 5].  In that Order to Show Cause, Plaintiff was ordered to either pay the filing fee in this case or file a motion to proceed *in forma pauperis*.  Plaintiff has failed to comply with that Order.  Plaintiff was warned that a failure to comply would result in the case being dismissed for lack of prosecution.  A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).  Pursuant to Federal Rule of Civil Procedure 41(b), a district court also may dismiss a complaint for failure to comply with a court order or the Federal Rules.  *See id.*

      Plaintiff has failed to comply with the Court's Order to Show Cause and, accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** and the Clerk of the Court is directed to **CLOSE THIS CASE**.

      **DONE and ORDERED** in Fort Pierce, Florida, this 30th day of June, 2016.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

1